# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA KUEHN,<br><br>                                        Plaintiff,<br><br>        vs.<br><br>CARESTREAM DENTAL, LLC, a<br>Georgia Limited Liability Corporation,<br><br>                                        Defendant. | CASE NO. 13cv2068-MMA (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 15] |

The parties jointly move for dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41.  Having considered the joint motion and for good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action, in its entirety, with prejudice.  Each party shall bear its own attorneys' fees and costs.  The Clerk of Court is instructed terminate the case.

   **IT IS SO ORDERED.**

DATED: July 7, 2014

_Michael M. Anello_
Hon. Michael M. Anello
United States District Judge

- 1 -